

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2015

No. 04-15-00194-CV

Stacey **SCOTT**,
Appellant

v.

Larry **FURROW** and Keller Williams Legacy Group,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1125-CV-A
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

This court inadvertently assigned two appeal numbers to the notice of appeal filed with the Guadalupe District Court Clerk on March 30, 2015, in Cause Number 13-1125-CV-A. It is therefore ORDERED that appeal number 04-15-00194-CV will be treated as a closed case for administrative purposes. Appeal number 04-15-00074-CV will be retained on the docket as the appeal from trial court cause number 13-1125-CV-A.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court